BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES C. KAUFMANN** | Case No. CIV-10-01098-CMK |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** <br> **Commissioner of Social Security** <br> **of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from November 15, 2010, to January 27, 2010.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule and need to insure older cases have briefing priority.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: November 15, 2010 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: November 16, 2010 | Benjamin G. Wagner |
| | United States Attorney |
| | */s/ O'Dell Grooms* <br> O'DELL GROOMS |
| | Special Assistant U.S. Attorney <br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:  November 18, 2010

**CRAIG M. KELLISON** <br> UNITED STATES MAGISTRATE JUDGE