BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES C. KAUFMANN** | Case No. CIV-10-01098-CMK |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from January 27, 2011, to February 10, 2011, with defendant's response due March 15, 2011. This extension is required due to Plaintiff's counsel's impacted briefing schedule and need to insure older cases have briefing priority.

/ / / /

/ / / /

/ / / /

1

Dated: January 25, 2011                /s/Bess M. Brewer
                                       BESS M. BREWER
                                       Attorney at Law

                                       Attorney for Plaintiff


Dated: January 25, 2011                Benjamin G. Wagner

                                       United States Attorney

                                       /s/ Armand Roth
                                       ARMAND ROTH


                                       Special Assistant U.S. Attorney
                                       Attorneys for Defendant

                       **ORDER**

APPROVED AND SO ORDERED.


  DATED:  February 2, 2011

                                       _____
                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE